FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.1:19MJ 476 |
| v. ) | CLASS A MISDEMEANOR |
| ) | Initial Appearance: November 12, 2019 |
| GLORIA E. LOPEZ RENOJ, ) | |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION
(Count 1 –CLASS A MISDEMEANOR- 7880257)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 26, 2019, at the River Farm Parking Area, in the Eastern District of Virginia, the defendant, GLORIA E. LOPEZ RENOJ, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

(Count 2- CLASS B PETTY -7880257)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 26, 2019, at the River Farm Parking Area, in the Eastern District of Virginia, the defendant, GLORIA E. LOPEZ RENOJ, did unlawfully violate a closure, designation, use or activity restriction or condition, schedule of visiting hours, or public use limit, to wit: did visit the River Farm Parking Area after midnight and before 6:00 a.m. in violation of the official sign.

(Violation of Title 36, Code of Federal Regulations, Section 1.5(f)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
William E. Fitzpatrick
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3700
Fax: (703)-299-3980
William.Fitzpatrick@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the __7th__ day of November, 2019

*(signature)*

William E. Fitzpatrick
Assistant U.S. Attorney